- 1 -

1  Your Name: ROMEO JONES
2  Address: 1728 Ocean Ave 251 San Francisco, CA 94112
3  Phone Number: (415) 756-2946
4  Fax Number:
5  E-mail Address: romeo415@yahoo.com
6  Pro Se Plaintiff
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11  ROMEO JONES                          CV 18 5414
                                         Case Number [leave blank]
12
13              Plaintiff,               **COMPLAINT**
14      vs.                                                    SK
15  City and County of San Francisco
16  See attached list for defendants     DEMAND FOR JURY TRIAL
                                         Yes [ ]  No [ ]
17
18
19              Defendant.
20
21                            **PARTIES**
22   1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]
23  Name: ROMEO JONES
24  Address: 1728 Ocean Ave #251 San Francisco, CA 94112
25  Telephone: (415) 756-2946
26
27
28

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

FILED
SEP 04 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
 1 | Name and Address  ROMEO JONES
 2 | 1728 Ocean Ave  251
 3 | San Francisco, CA  94112
 4 |
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No. **CV 18 5414  SK**

Plaintiff/Petitioner

Document Name:

vs.

City and County of San Francisco

Defendant/Respondent

16. London Breed, Mayor
17. Edward Reiskin, Director of Transportation, MTA
18. Dennis Herrera, City Attorney
19. Anne Herrera, wife
20. Edwin G. Brown, Governor
21. Anne Gust Brown, wife
22. Gavin Newsom, LT. Governor
23. Jennifer Siebel Newsom, wife
24. William Scott, Police Chief
25. Hector Sainez, ~~Associ~~ Assistant Chief
26. George Gascón, District Attorney
27. Fabiola Kramsky Gascón, wife
28. Xavier Becerra, Attorney General
    Dr Carolina Reyes Becerra, wife

## CLAIMS

### First Claim

(Name the law or violated: Title 18 USC 241, 242)

(Name the defendants who violated it: It was more than 5 cops. I waiting to get their names.

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

. I was pulled over and an aggressive cop asked me to get out the car. I was alone and worried so I asked him to call his supervisor and I told him I'm recording "audio."

.

I didn't trust all those cops. I was told my license was suspended. I told the first cop and the supervisor "just give me ~~too~~ a ticket and let me

.

be on my way. The supervisor told me I don't get to keep my car. One cop busted my rear driver's side window. One cop pepper sprayed me they all rushed

.

me and through me to the ground. I was holding my phone recording while this was happening. They smashed my Nike Apple watch to the ground to. . Then I was handcuffed. This happened down the street from the Cliff House near the beach. I told them over and over I was going to sue them in federal court Tuesday when it opens. This was Sunday September 2. They impounded my Lexus too.
// An ambulance took me to Saint Mary's Hospital to ~~treat~~ me for the pepper spray.

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – 05/17]

Case 3:18-cv-05414-CRB   Document 1   Filed 09/04/18   Page 4 of 6

-2-

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: City and County of San Francisco
Address: 1 Carlton B Goodlett Pl, San Francisco 94102
Telephone: (415) 701-2311

Defendant 2:
Name: London Breed Mayor
Address: 1 Colton B Goodlett Pl, San Francisco 94102
Telephone: (415) 701-2311

Defendant 3:
Name: Edward Reiskin
Address: 1 S Van Ness Ave 7th floor San Francisco
Telephone: (415) 701-2311

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☑ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___   [*JDC TEMPLATE – Rev. 05/2017*]

- 3 -

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

   [✓] a substantial part of the events I am suing about happened in this district.

   [ ] a substantial part of the property I am suing about is located in this district.

   [ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

   [ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in __San Francisco__ County, it should be assigned to the _____ Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

Sunday 9/2/18 9:52 pm near the Cliff House They busted my window. and impounded my car. They pepper sprayed me and threw me to the concrete.

COMPLAINT
PAGE ___ OF ___  [*JDC TEMPLATE – Rev. 05/2017*]

- 7 -

## DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

I'm seeking compensatory damages.
$500,000,000

Federal civil rights violations, conspiracy against rights, grand theft, kidnapping, assault with a deadly weapon, damage to 2 properties. (my car and Nike AppleWatch.

## DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

☑ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 9/4/18     Sign Name: Romeo Jones
                 Print Name: ROMEO JONES

COMPLAINT
PAGE ___ OF ___   [JDC TEMPLATE - 05/17]