- 1 -

1  Your Name: ROMEO JONES
2  Address: 1728 Ocean Ave 251, San Francisco, CA 94112
3  Phone Number: (415) 604-8307
4  Fax Number:
5  E-mail Address: romeo415@yahoo.com
6  Pro Se Plaintiff

RECEIVED
JAN 16 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROMEO JONES | Case Number 3:18-CV-05414-SK (CRB) |
|---|---|
| Plaintiff, | **COMPLAINT** 2nd amended |
| vs. | |
| London Breed, Mayor | DEMAND FOR JURY TRIAL |
| Michael Mellone, Officer | Yes ☒  No ☐ |
| Meighan Lyons, Officer | |
| C. Perez, Officer | |
| Defendant. | |

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: ROMEO JONES
Address: 1728 Ocean Ave 251 San Francisco, CA 94112
Telephone: (415) 604-8307

COMPLAINT
PAGE 1 OF 9 [JDC TEMPLATE – Rev. 05/17]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: London Breed, Mayor
Address: 1 Carlton B. Goodlett Place, San Francisco, CA 94102
Telephone: (415)554-7111

Defendant 2:
Name: Officer Michael Mellone #4249
Address: 461 6th Ave, San Francisco, CA 94118
Telephone: (415)666-8000

Defendant 3:
Name: Officer Meighan Lyons #2438
Address: 461 6th Ave, San Francisco, CA 94118
Telephone: (415)666-8000

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☑ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] 42 USC 1983.

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 7 [*JDC TEMPLATE – Rev. 05/17*]

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

☑ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in __San Francisco__ County, it should be assigned to the __San Francisco/Oakland__ Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

1. The Great Highway near the Cliffhouse in San Francisco 5pm, Sunday, September 2, 2018.
2. SFPD officers
3. Civil right violations
4. towing my Lexus car without a warrant.
5. searching my Lexus car without a warrant or my consent.
6. damage to my property. and assault with a deadly weapon even though I wasn't violent.

COMPLAINT
PAGE 3 OF 5   *[JDC TEMPLATE – Rev. 05/17]*
7

COMPLAINT

PAGE 4 OF 8 [JDC TEMPLATE – Rev. 05/17]

# CLAIMS

## First Claim

(Name the law or right violated: They Violated my 4th ammendment rights / Section 1983)

(Name the defendants who violated it: Michael Mellone Officer, Meighan Lyons Officer,) C. Perez Officer.

[Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

Civil rights violations is a federal crime. They violated my "due process" and didn't give me a hearing. Officer Michael Mellone #4249 refused to give me a ticket instead he busted my rear driver's side window with the baton. Officer Meighan Lyons #2438 instructed Mr Mellone to do that. Mr Mellone also pepper sprayed me 3 times through driver's side window which was opened 3 inches. Mr Mellone opened my driver's side door then Officer C. Perez #940, Ms Lyons, dragged me out the car to the concrete. I was handcuffed while they illegally searched my Lexus car. They also conspired with the tow company to steal my car without a warrant.

My car was not involved or even suspected in any crimes. I was then My face was burning from the pepper spray and I was sent to St Mary's Hospital in an ambulance.

I wrote the Mayor London Breed a letter about what happened because I know she went to law school but she ignored me. Every mayor supports the "citywide policy" to tow cars without a hearing first. I've been getting my cars towed in San Francisco since 1998.

COMPLAINT
PAGE 5 OF 8  [JDC TEMPLATE – 05/17]
7

_____ **Claim**

*(Name the law or right violated: _____)*

*(Name the defendants who violated it: _____)*

\_\_\_. _____

_____

\_\_\_. _____

\_\_\_. _____

\_\_\_. _____

\_\_\_. _____

COMPLAINT
PAGE 6 OF 7    *[JDC TEMPLATE – 05/17]*

## DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

1 million ($1,000,000) dollars.
I want compensatory damages. Including towing and medical bills, that day costs me over $5,000 in bills. It was over $1,100 to register my Lexus and get it from the impound. both

Civil rights violations is a "federal crime".

## DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

☑ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 1/11/18     Sign Name: Romeo Jones
                  Print Name: ROMEO JONES

COMPLAINT
PAGE 7 OF 7   [JDC TEMPLATE – 05/17]

*[Copy this page and insert it where you need additional space.]*

COMPLAINT

PAGE ___ OF ___  *[JDC TEMPLATE – 05/17]*