

**Romeo Jones**
1728/ Ocean Ave #251
San Francisco, CA 94112-1737

U.S.
450
San
941



San Francisco, CA 941
Monday Jan 14, 2019

District Court

Golden Gate Ave Box 36060

Francisco, CA

02-3489

