IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO JONES,<br><br>    Plaintiff,<br><br>v.<br><br>LONDON BREED, et al.,<br><br>    Defendants. | Case No. 18-cv-05414-CRB<br><br>**ORDER REJECTING REPORT AND RECOMMENDATION FOR DISMISSAL** |

Now pending before the Court is the Report and Recommendation for Dismissal of Magistrate Judge Kim regarding Plaintiff Romeo Jones's Complaint. Dkt. 16; see also 28 U.S.C. § 1915(e)(2). Plaintiff did not file an objection to the Report and Recommendation, but has subsequently filed a Second Amended Complaint, Dkt. 18, which appears to attempt to respond to the Report and Recommendation's conclusion that the First Amended Complaint had failed to state a claim. Compare Dkt. 16 with Dkt. 18.

As Magistrate Judge Kim correctly noted, "[p]ursuant to 28 U.S.C. § 1915(e)(2), the Court is required to dismiss an in forma pauperis complaint that lacks subject matter jurisdiction." Dkt. 16 at 1 (citing Pratt v. Sumner, 807 F.2d 817, 819 (9th Cir. 1987)). Courts are also required to sua sponte consider whether such jurisdiction is lacking. Id. (citing Fed. R. Civ. P. 12; Augustine v. United States, 704 F.2d 1074, 1077 (9th Cir. 1983)). The Magistrate's Report and Recommendation correctly observed that Plaintiff's First Amended Complaint failed to meet that standard. Id. at 2-3.

Plaintiff's Second Amended Complaint has resolved that problem by alleging that he has alleged a claim under 42 U.S.C. § 1983 for violation of the Fourth Amendment.

Dkt. 18 at 5.[1] Given that Plaintiff has now alleged a federal cause of action, the Court thus REJECTS AS MOOT the Report and Recommendation of the Magistrate, as that Report was issued prior to the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: January 24, 2019



CHARLES R. BREYER
United States District Judge

---

[1] Plaintiff also refers to a violation of his "Due Process" rights, though does not specifically identify either the Fifth or Fourteenth Amendments in the section titled "Name the law or right violated." Dkt. 18 at 5.