IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>LONDON BREED, et al.,<br><br>  Defendants. | Case No. 18-cv-05414-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING IN PART** |

The Court has reviewed the Report and Recommendation by United States Magistrate Judge Sallie Kim (dkt. 21) screening Plaintiff Romeo Jones's amended complaint (dkt. 18) for minimum legal viability under 28 U.S.C. § 1915(e)(2). Magistrate Judge Kim concluded that Jones has stated viable claims against Defendant Officer Michael Mellone ("Mellone"), Defendant Sargent Meighan Lyons ("Lyons"), and Defendant Officer C. Perez ("Perez"). Magistrate Judge Kim also concluded that Jones had failed to state a viable claim against Defendant Mayor London Breed ("Breed").

The Court finds the Report and Recommendation to be correct, thorough, and well-reasoned. The Court notes that no party objected within the time permitted. Accordingly, the Court ADOPTS the Report and Recommendation, and DISMISSES IN PART as to the claim against Breed but finds that Plaintiff Romeo Jones has stated a viable claim against Mellone, Lyons, and Perez.

**IT IS SO ORDERED.**

Dated: October 18, 2021

CHARLES R. BREYER
United States District Judge