IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LONDON BREED, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-05414-CRB<br><br>**ORDER TO SHOW CAUSE** |

　　　In January 2019, Plaintiff Romeo Jones filed an amended complaint against Defendants. See Compl. (dkt. 18). On September 21, 2021, Magistrate Judge Sallie Kim issued a Report and Recommendation (dkt. 21) concluding that Jones's amended complaint states viable claims against several of the Defendants. In a separate order, the Court adopts the Report and Recommendation as correct, thorough, and well-reasoned. See Dkt. 23.

　　　However, the Court notes that the Report and Recommendation that was mailed to Jones' address was returned to sender on October 4, 2021 because Jones is allegedly "deceased." See Dkt. 22. In light of this, the Court orders Jones or his representative to file a response to this order on or before November 17, 2021 to inform the Court whether this case will go forward. Failure to respond could result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

　　　**IT IS SO ORDERED.**

　　　Dated: October 18, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge