IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>LONDON BREED, et al.,<br><br>    Defendants. | Case No. 18-cv-05414-CRB<br><br>**ORDER DISMISSING CASE** |

In light of indications that Plaintiff Romeo Jones was deceased, the Court issued an order to show cause by November 17, 2021 why this case should not be dismissed for failure to prosecute. See OSC (dkt. 24). Neither Jones nor any representative responded to the Court's show cause order. Accordingly, this case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

For the foregoing reasons,

**IT IS SO ORDERED.**

Dated: December 15, 2021

_____
CHARLES R. BREYER
United States District Judge