IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO JONES,<br><br>      Plaintiff,<br><br>    v.<br><br>LONDON BREED, et al.,<br><br>      Defendants. | Case No. 18-cv-05414-CRB<br><br>**JUDGMENT** |

Having dismissed this case under Federal Rule of Civil Procedure 41(b), see Order (dkt. 25), the Court hereby ENTERS JUDGMENT for Defendants London Breed, et al. and against Plaintiff Romeo Jones.

**IT IS SO ORDERED.**

Dated: December 15, 2021

CHARLES R. BREYER
United States District Judge